2jgmthbk (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

Lori Beth Pigg )
   Debtor(s) ) Case No.: 14−50266−can7
)
)
)
)
)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached after a trial or hearing.

IT IS ORDERED AND ADJUDGED: 1.The Amended Motion of the United States Trustee in In re Pigg is GRANTED; Attorney Michael McCrary is ordered to disgorge $1,300 of his attorney fees pursuant to 11 U.S.C. § 329(b), and to pay a penalty pursuant to 11 U.S.C. § 707(b)(4) of $1,500, for a total of $2,800, payable to the Pigg estate, within 14 days; any amounts Mr. McCrary has already paid the estate should be credited against these amounts.
2.The Motion of the United States Trustee in In re Harkins is GRANTED; Attorney Michael McCrary is ordered to disgorge $600 of his attorney fees pursuant to 11 U.S.C § 329(b), and to pay a penalty of $3,750 pursuant to 11 U.S.C. § 707(b)(4), for a total of $4,350, payable to the Harkins estate, within 14 days.
3.In addition, Attorney Michael McCrary is ORDERED to reimburse the United States Trustee the sum of $674.10 and to reimburse Bruce E. Strauss, as Trustee of the Harkins estate, the sum of $825.40, pursuant to 11 U.S.C. § 105(a) and Fed.R.Bankr.P. 9011 and the Courts equitable powers, for a total of $1,499.50, and to file a certificate of compliance, all within 14 days;
4.The Courts Order to Show Cause in Harkins will be vacated upon Michael McCrarys filing of the certificate of compliance;
5.The Court further refers these matters to the Disciplinary Administrator of the State of Missouri, and to the Court en banc of the Western District of Missouri for further investigation.



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 11/20/15

Court to serve