# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| IN RE LORI BETH PIGG,<br><br>　　Debtor. | )<br>)<br>) **Case No. 14-50266-can7**<br>)<br>) |
| IN RE JESSICA LENORE HARKINS,<br><br>　　Debtor. | )<br>)<br>)<br>) **Case No. 14-50416-can7**<br>)<br>) |

## JUDGMENT

The Court, having issued its Memorandum Opinion simultaneously herewith, and based on the findings of fact and conclusions of law as stated therein, does hereby ORDER, ADJUDGE and DECREE:

1. The Amended Motion of the United States Trustee in *In re Pigg* is GRANTED; Attorney Michael McCrary is ordered to disgorge $1,300 of his attorney fees pursuant to 11 U.S.C. § 329(b), and to pay a penalty pursuant to 11 U.S.C. § 707(b)(4) of $1,500, for a total of $2,800, payable to the *Pigg* estate, within 14 days; any amounts Mr. McCrary has already paid the estate should be credited against these amounts.

2. The Motion of the United States Trustee in *In re Harkins* is GRANTED; Attorney Michael McCrary is ordered to disgorge $600 of his attorney fees pursuant to 11 U.S.C § 329(b), and to pay a penalty of $3,750 pursuant to 11 U.S.C. § 707(b)(4), for a total of $4,350, payable to the *Harkins* estate, within 14 days.

3. In addition, Attorney Michael McCrary is ORDERED to reimburse the United States Trustee the sum of $674.10 and to reimburse Bruce E. Strauss, as Trustee of

the *Harkins* estate, the sum of $825.40, pursuant to 11 U.S.C. § 105(a) and Fed.R.Bankr.P. 9011 and the Court's equitable powers, for a total of $1,499.50, and to file a certificate of compliance, all within 14 days;

4. The Court's Order to Show Cause in *Harkins* will be vacated upon Michael McCrary's filing of the certificate of compliance;

5. The Court further refers these matters to the Disciplinary Administrator of the State of Missouri, and to the Court en banc of the Western District of Missouri for further investigation.

IT IS SO ORDERED.

Dated: November 20, 2015                    /s/Cynthia A. Norton
                                                   United States Bankruptcy Judge

Parties to receive electronic notice.